# UNITED STATES DISTRICT COURT
## District of Minnesota

Maximino Landaverde-Rosas,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01440-KMM-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Maximino LR's Verified Petition for a Writ of Habeas Corpus (Dkt. 1) is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court ORDERS Respondents to immediately release Maximino LR without conditions and no later than 3:00 p.m. on February 18, 2026.
4. Upon Maximino LR's release, Respondents must return all of Maximino LR's personal effects seized during his arrest, including but not limited to immigration paperwork. His property must be returned in the same condition as it was in at the time he was arrested.
5. Finally, the Court ORDERS Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 2/18/2026

KATE M. FOGARTY, CLERK